UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Case No. 4:24-cr-00489 MTS/SPM |
| SIDARTH CHAKRAVERTY, ) | |
| Defendant. ) | |

## MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE

COMES NOW Defendant, Sidarth Chakraverty, by and through his attorney, Renato Mariotti, and hereby moves the Court to modify the conditions of his release to allow him to travel outside the Eastern District of Missouri to any district located within the 48 continental United States. In support of this motion, Mr. Chakraverty states the following:

1. Mr. Chakraverty made his initial appearance and was arraigned on September 27, 2024. *See* Electronic Minute Entry [Dkt. #20].

2. That same day, this Court ordered Mr. Chakraverty released on certain pretrial conditions. [Dkt. #26.] In pertinent part, condition 7(f), limits Mr. Chakraverty's travel to the Eastern District of Missouri absent written permission from Pretrial Services after consultation with the federal prosecutor or the court. *Id.*

3. Mr. Chakraverty co-owns and operates several large real-estate companies and related entities that build and manage properties throughout the continental United States, including in Kansas City, Missouri, Colorado, Florida, and California.

4. Mr. Chakraverty's role as co-owner and operator of these companies requires him to frequently travel to these various locations to fulfil his employment responsibilities.

5. To avoid the need for successive motions, Mr. Chakraverty has conferred with his assigned Pretrial Services Officer, Brianne Flaherty, and Assistant U.S. Attorney Hal Goldsmith, about modifying condition 7(f) of Mr. Chakraverty's pretrial release conditions, to allow Mr. Chakraverty to travel outside the Eastern District of Missouri, provided he receives approval in advance from Pretrial Services.

6. Neither the government nor Pretrial Services objects to Mr. Chakraverty's request for this modification of the conditions of his pretrial release. Ms. Flaherty from Pretrial Services indicated that this "will make things a lot easier," as Mr. Chakraverty would simply "advise [her] of the travel."

WHEREFORE, Mr. Chakraverty respectfully requests that this Honorable Court grant his unopposed request to modify the conditions of pretrial release to allow him to travel within the 48 continental United States with the prior approval of Pretrial Services.

Dated: October 21, 2024               Respectfully submitted,

*/s/ Renato Mariotti*
Renato Mariotti
renatomariotti@paulhastings.com
Paul Hastings LLP
71 S. Wacker Drive, Forty-Fifth Floor
Chicago, IL 60606
COUNSEL FOR SIDARTH CHAKRAVERTY

**CERTIFICATE OF SERVICE**

I hereby certify that on October 21, 2024, the foregoing was electronically filed with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

*/s/ Renato Mariotti*
Renato Mariotti
