RECEIVED
AUG 28 2025
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**

United States of America ) Case no. 24 CR 489 HEA/SPM
v. Shijing Cao, ) August 27, 2025
Sidarth Chakravarty
Victor Alston

**MEMORANDUM FOR CLERK**

Kindly Request to pick up passport.

Shijing Cao: 314-203-9351,
1126 Forger Ave, Saint Louis, MO 63/2

Please circle which applies:   (Pro se) (Attorney for) Plaintiff

(Pro se) (Attorney for) Defendant