RECEIVED
AUG 2 9 2025
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI

United States of America,  )
                           ) Case no. 4:24CR489 HEA/SPM
v. Sidarth Chakraverty,    )
                           ) August 27, 2025

## MEMORANDUM FOR CLERK

PLEASE RETURN MY PASSPORT

SIDARTH CHAKRAVERTY   314 304 3747

8400 Delmar unit 519  St. Louis MO

[signature]

Please circle which applies:   (Pro se) (Attorney for) Plaintiff

(Pro se) (Attorney for) Defendant